FILED
2015 OCT 22 PM 2: 18

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ Ob
DEPUTY

UNITED STATES DISTRICT COURT
for the Western District of Texas

DEUSCHE BANK NATIONAL            ]
TRUST COMPANY, AS TRUSTEE        ]
FOR NEW CENTURY HOME EQUITY      ]
LOAN TRUST, SERIES 2005-C ASSET  ]
     Plaintiff                   ]    CIVIL ACTION NO. 1:15-CV-823
                                 ]
v.                               ]
                                 ]
                                 ]
Cynthia Watson and Richard Watson ]
     Defendants                  ]

## DEFENDANTS ORIGINAL ANSWER

Richard Watson and Cynthia Watson, hereby enter their Original Answer to the Complaint of the Plaintiff, and would show the Court as follows:

Plaintiff, DEUSCHE BANK NATIONAL TRUST COMPANY, as Trustee for New Century Home Equity Loan Trust, Series 2005-C Asset, lacks standing to bring this Complaint for the following reasons:

1)    DEUSCHE BANK NATIONAL TRUST COMPANY is not registered with the Texas Secretary of State, as either a Texas or a foreign corporation.

2)    DEUSCHE BANK NATIONAL TRUST COMPANY is not registered with the Texas Banking Commission as a Trust Company.

3)    DEUSCHE BANK NATIONAL TRUST COMPANY is not registered with the United States of America Office of the Comptroller of the Currency.

DEUSCHE BANK NATIONAL TRUST COMPANY has failed/refused to answer an Qualified Written Request sent by Richard and Cynthia Watson, pursuant to 12 USC 2605(e).

DEUSCHE BANK NATIONAL TRUST COMPANY has not performed all conditions precedent for this Case.

Richard and Cynthia Watson hereby challenge the attorneys to prove they are lawfully representing the said Plaintiff in this Case.

THEREFORE, Richard and Cynthia Watson hereby Request this Court to dismiss this Case with prejudice.

Respectfully

_Richard Watson_
Richard Watson

_Cynthia Watson_
Cynthia Watson
23844 Tres Coronas Road
Spicewood, Texas 78669
(512) 431-1181

## VERIFICATION

BEFORE ME THE UNDERSIGNED NOTARY PUBLIC, on this day, personally appeared Richard Watson, a man known to me. After I administered an oath to him, upon his oath, he said he read the above DEFENDANTS ORIGINAL ANSWER and that the facts stated therein are within his personal knowledge and are true and correct.

_Richard Watson_
Richard Watson


SUBSCRIBED AND SWORN TO, before me the undersigned Texas Notary Public, on the ___21___ day of ___October___, 2015.

___Owen Mark Smith___
Notary Public - Signature

___Owen Mark Smith___
Notary Public - Printed Name
My Commission Expires on: ___6/15/2019___

seal

OWEN MARK SMITH
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
06-15-2019

## VERIFICATION

BEFORE ME THE UNDERSIGNED NOTARY PUBLIC, on this day, personally appeared Cynthia Watson, a woman known to me. After I administered an oath to her, upon her oath, she said she read the above DEFENDANTS ORIGINAL ANSWER and that the facts stated therein are within her personal knowledge and are true and correct.

_Cynthia Watson_
Cynthia Watson


SUBSCRIBED AND SWORN TO, before me the undersigned Texas Notary Public, on the ___2\___ day of ___October___, 2015.

_Owen Mark Smith_                                                      seal
Notary Public - Signature

_Owen Mark Smith_
Notary Public - Printed Name
My Commission Expires on: ___6-15-2019___

*[Notary Seal: OWEN MARK SMITH, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 06-15-2019]*


## CERTIFICATE OF SERVICE

I, Richard Watson, hereby certify I placed a copy of this DEFENDANTS ORIGINAL ANSWER in the U.S. Mail, handdelivered, or sent by facsimile, on the _2\_ day of October, 2015, addressed:


Mark D. Cronenwett
14160 North Dallas Parkway, Suite 900
Dallas, Texas 75254


_Richard Watson_
Richard Watson