IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Richard Watson and Cynthia Watson ]
]
    Plaintiff ]
]
v. ]
]
]
DEUTSCHE BANK NATIONAL TRUST ]
COMPANY, AS TRUSTEE FOR NEW ]   Case No. 1:15-cv-823-RP
CENTURY HOME EQUITY LOAN TRUST ]
SERIES 2005-C, ASSET BACKED ]
PASS-THROUGH CERTIFICATES ]
]
    Defendants ]

## PLAINTIFFS NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that the Plaintiffs, Richard L. Watson and Cynthia L. Watson, in the above-entitled cause will appeal the Court's Final Judgment to the United States Court of Appeals, Fifth Circuit. The Judgments and Orders were handed down by the Honorable Robert Pitman.

Respectfully

_____
Richard Watson
23844 Tres Coronas Road
Spicewood, Texas 78669
512-431-1181

_____
Cynthia Watson
23844 Tres Coronas Road
Spicewood, Texas 78669
512-431-1181

Watson Notice of Appeal

CERTIFICATE OF SERVICE

I, Richard Watson, hereby certify I placed a copy of the NOTICE OF APPEAL in the U.S. Mail, on the _22_ day of _NOVEMBER_, 2016, addressed:

Barry A. McCain
McGlinchey Stafford
6688 North Central Expressway, Suite 400
Dallas, TX 75204
214-445-2445
Fax: 214-445-2450
Email: bmccain@mcglinchey.com

Mark Douglas Cronenwett
Mackie Wolf Zientz & Mann, P.C.
14160 N. Dallas Parkway, Suite 900
Dallas, TX 75254
214-635-2650
Fax: 214-635-2686
Email: mcronenwett@mwzmlaw.com

_Richard Watson_
Richard Watson

Watson Notice of Appeal

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 1
Receipt Number: 100028869
Cashier ID: mlain
Transaction Date: 11/22/2016
Payer Name: RICHARD WATSON
----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: RICHARD WATSON
 Amount:       $505.00
----------------------------------
PAPER CHECK
 Check/Money Order Num: 51229559788
 Amt Tendered: $505.00
----------------------------------
Total Due:     $505.00
Total Tendered: $505.00
Change Amt:    $0.00

1:15-CV-823-RP

RICHARD WATSON AND CYNTHIA WATSON
V. DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE FOR NEW CENTURY
HOME EQUITY LOAN TRUST SERIES
2005-C, ASSET BACKED PASS-THROUGH
CERTIFICATES
```