# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 16-51375
Summary Calendar

D.C. Docket No. 1:15-CV-823

United States Court of Appeals
Fifth Circuit
**FILED**
September 20, 2017

Lyle W. Cayce
Clerk

DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for New Century Home Equity Loan Trust, Series 2005-C, Asset Backed Pass-Through Certificates,

    Plaintiff - Appellee

v.

CYNTHIA WATSON; RICHARD WATSON,

    Defendants - Appellants

Appeal from the United States District Court for the
Western District of Texas, Austin

Before WIENER, DENNIS, and SOUTHWICK, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that defendants-appellants pay to plaintiff-appellee the costs on appeal to be taxed by the Clerk of this Court.



Certified as a true copy and issued
as the mandate on **Oct 12, 2017**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**FILED**
September 20, 2017
Lyle W. Cayce
Clerk

No. 16-51375
Summary Calendar

DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for New Century Home Equity Loan Trust, Series 2005-C, Asset Backed Pass-Through Certificates,

       Plaintiff - Appellee

v.

CYNTHIA WATSON; RICHARD WATSON,

       Defendants - Appellants

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:15-CV-00823

Before WIENER, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM:*

    Defendants-Appellants Cynthia Watson and Richard Watson appeal the ruling of the district court that Plaintiff-Appellee Deutsche Bank National Trust Company, as Trustee for New Century Home Equity Loan Trust, Series

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

2005-C, Asset Backed Pass-Through Certificates, is entitled to summary judgment and the court's ruling that the real property in dispute is subject to judicial foreclosure. We have reviewed the record on appeal, including but not limited to the briefs of the parties and the district court's Order of November 1, 2016 in explication of its Judgment of that date, and we are satisfied that summary judgment is eminently correct. For essentially the same reasons set out by the district court in its abovesaid Order, its Judgment is in all respects,

AFFIRMED.

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

October 12, 2017

Ms. Jeannette Clack
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

  No. 16-51375  Deutsche Bank Natl Trust Co. v. Cynthia Watson, et al
  USDC No. 1:15-CV-823

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

  Sincerely,

  LYLE W. CAYCE, Clerk

  By: _____
  Shawn D. Henderson, Deputy Clerk
  504-310-7668

cc:
  Mr. Mark Douglas Cronenwett
  Mr. Barry A. McCain
  Mr. Cody Patrick Peterson
  Ms. Stephanie Laird Tolson
  Ms. Cynthia Watson
  Mr. Richard Watson